**Law Offices of Anne Donnelly Bush**
43 West 43rd Street, Suite 117
New York, New York 10036-7424
Tel: (914) 239 3601
Fax: (914) 219 3145
adblaw@annedonnellybush.com

APPLICATION GRANTED
SO ORDERED ~~[signature]~~
**VERNON S. BRODERICK**
**U.S.D.J.**  6/7/2024

Extension is granted until July 3, 2024.

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re: Ballo et al. v R&J Automotive**
**Index number: 24-cv-1627**

Dear Judge Broderick:

My firm represents all Defendants in the above-referenced class action.

I write with the consent of Plaintiffs to respectfully request a brief twelve (12) day extension of the June 21, 2024, deadline to file our joint letter and proposed case management plan, to **July 3, 2024.**

This is the *first* request by Defendants to extend this deadline.

This request is being made because I will be out of the country from 6/15/24 to 6/26/24. As I am a solo practitioner, and this is a class action case, some additional time is needed to complete this task.

I thank the Court in advance for its time and consideration.

Respectfully,
/s/
Anne Donnelly Bush

**CC Via ECF system:**
Law Office of Mohammed Gangat
675 Third Avenue, Suite 1810,
New York, NY 10017
mgangat@gangatpllc.com