**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARDIE BALLO *on behalf of himself and others similarly situated*,

           *Plaintiff*,

-against-

R & J AUTOMOTIVE LLC, RAMCHAN JAGNARINE, PARTS AUTHORITY, LLC, and PARTS AUTHORITY, INC.,

           *Defendants*,

Case No. 1:24-cv-01627-VSB

**JUDGMENT (PROPOSED)**

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 10, 2025; and defendants, R & J Automotive LLC, Ramchan Jagnarine, Parts Authority, LLC, and Parts Authority, Inc., having offered to allow entry of judgment to be taken against them, and in favor of Plaintiff Mardie Ballo, in the total amount of Two Thousand Dollars and Zero Cents ($2,000.00), inclusive of attorneys' fees and costs, in full and final settlement of all of Plaintiff's claims against the Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action; it is

    **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Mardie Ballo and against defendants R & J Automotive LLC, Ramchan Jagnarine, Parts Authority, LLC, and Parts Authority, Inc., in the total amount of Two Thousand Dollars and Zero Cents ($2,000.00), inclusive of attorneys' fees and costs, in full and final settlement of all of Plaintiff's claims against the Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action.

Judgment signed this _____ day of _____ 2025.

                                                                              _____
                                                                              Clerk of Court